UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shauna K. Paul,                                    Civil No. 17-987 (JNE/TNL)

    Plaintiff,

v.                                                 ORDER

Standard Insurance Company,

    Defendant.

On January 8, 2018, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 11]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

    IT IS SO ORDERED.

Dated:   January 11, 2018

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge